# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SENIORS' CLUB, L.L.C., A
LOUISIANA LIABILITY COMPANY,
SENIOR'S CLUB ADHC AND PCA
CENTER (LOUISIANA MEDICAID
PROVIDER NO. 17259), SENIOR'S
CLUB ADULT DAY HEALTH
(LOUISIANA MEDICAID PROVIDER
NO. 56088), SENIOR'S CLUB
(LOUISIANA MEDICAID PROVIDER
NO. 11460)

VERSUS

STATE OF LOUISIANA, THROUGH THE
DEPARTMENT OF HEALTH AND
HOSPITALS; HON. KATHY H.
KLIEBERT, IN HER OFFICIAL
CAPACITY AS SECRETARY,
LOUISIANA DEPARTMENT OF HEALTH
AND HOSPITALS

**JUNE 06, 2022**

---

In Re:    Seniors Club LLC, Seniors Club ADHC and PCA Center,
          Seniors Club Adult Day Health, Seniors Club, Mr. T.J.
          McCoy, Jr., and Mrs. Karen R. McCoy, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 630653.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide documentation that the writ application was timely filed under Rule 4-3, Uniform Rules of Louisiana Courts of Appeal. Relators failed to include all signed return date orders, file-stamped requests for extension of the return dates, and any signed order granting such an extension in violation of Rules 4-3 and 4-5(C)(11), Uniform Rules of Louisiana Courts of Appeal. Moreover, relators failed to include a copy of each pleading on which the judgment, order, or ruling was founded, including all evidence introduced by all parties and admitted at the October 25, 2021 hearing on the "Ex Parte Motion and Order for Defendant Abandonment and Final Judgment for Plaintiffs; After No Response From LDH/DHH Defendants in Seven Years," and a copy of pertinent court minutes in violation of Rule 4-5(C)(8) and (10).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely and the missing items noted above, and

must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before <u>June 20, 2022</u> and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~l*

_____
DEPUTY CLERK OF COURT
FOR THE COURT